UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

DEC 2 0 2007

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ORIN GRAY, JR., | ) | No. S1-4:07CR678 JCH (DDN) |
| TRAVIS JAY RUSSELL, | ) | |
| MARK BRISCO, | ) | |
| TOMMY RAY TURNER, | ) | |
| WADE MENDENHALL, | ) | |
| SHANE ROBERTSON, | ) | |
| JARED WOOD, | ) | |
| SHANE R. CANADAY, | ) | |
| MICHAEL CURLEY, and | ) | |
| THOMAS WIND, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Catherine L. Hanaway, United States Attorney for the Eastern District of

Missouri, and Noelle C. Collins, Assistant United States Attorney for said District, and hereby enter

their appearance on behalf of the United States.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

NOELLE C. COLLINS, #109678
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-7622