

**RECEIVED**

JAN - 8 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

*NOELLE C. COLLINS*
*Assistant United States Attorney*

**U.S. Department of Justice**

*United States Attorney*　　**FILED**
*Eastern District of Missouri*

JAN - 8 2008
*Organized Crime Drug Enforcement*
*Task Force - West Central Region* U.S. DISTRICT COURT

| | |
|---|---|
| *Thomas F. Eagleton U.S. Courthouse* | **E. DIST. OF MO** *(314) 539-7622* |
| *111 South 10th Street, Rm. 20.333* | **ST. LOUIS** *Office: (314) 539-2200* |
| *St. Louis, Missouri 63102* | *Fax: (314) 539-2312* |

January 8, 2008

Mr. James Woodward
U.S. District Court Clerk
111 South 10th Street, 3rd Floor
St. Louis, MO 63102

>　　Re:　　United States v. David Orin Gray, et al.
>　　　　　 Cause No. S1-4:07CR678 JCH (DDN)

Dear Mr. Woodward:

The indictment returned by the Grand Jury in the above-captioned case on December 20, 2007, was ordered suppressed pending the apprehension of the defendants named therein.

One or more of the defendants has now been apprehended. Therefore, it is directed that the suppression order of this indictment be lifted.

>　　　　　　　 Very truly yours,
>
>　　　　　　　 CATHERINE L. HANAWAY
>　　　　　　　 United States Attorney
>
>　　　　　　　 *Noelle Collins by DRH*
>　　　　　　　 NOELLE C. COLLINS, #109678
>　　　　　　　 Assistant United States Attorney

NCC/nlk